Entered: February 7th, 2025
Signed: February 6th, 2025
**SO ORDERED**



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND (BALTIMORE)

| | | |
|---|---|---|
| IN RE: | * | |
| VICTORIA A. MATTINGLY | * | CASE NO. 24-13431 |
| Debtor. | * | CHAPTER 13 |
| * * * * * * | * | |
| AMERICREDIT FINANCIAL SERVICES, INC. DBA GM FINANCIAL | * | |
| Movant | * | |
| vs. | * | |
| VICTORIA A. MATTINGLY | * | |
| Respondent. | * | |

* * * * * * * * * * * * * * *

<u>CONSENT ORDER MODIFYING THE AUTOMATIC STAY</u>

The Court having read and considered the Motion for Relief from the Automatic Stay filed by AmeriCredit Financial Services, Inc. dba GM Financial ("GM Financial"), together with the consents hereto, and for good cause appearing, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the automatic stay imposed under 11 U.S.C. § 362(a) is modified as set

forth herein; and it is

FURTHER ORDERED, that the automatic stay shall continue in effect so long as:

(a) Victoria A. Mattingly ("Debtor") complies with the terms of the Retail Installment Sale Contract ("Contract") whereunder Debtor purchased a 2021 GMC Acadia, VIN 1GKKNRLS5MZ192372 ("Vehicle"), in which GM Financial has a perfected security interest;

(b) GM Financial receives from Debtor, when due, the remaining monthly payments pursuant to the Contract, commencing with the monthly payment of $474.76 due on February 6, 2025;

(c) GM Financial also receives from Debtor the sum of $4,845.76 in liquidation of the post-petition payment default under the Contract ($4,271.76) and GM Financial's attorney and filing fees related to the Motion ($574.00) in the following installments:

> $807.63 on or before February 6, 2025,
> $807.63 on or before March 6, 2025,
> $807.63 on or before April 6, 2025,
> $807.63 on or before May 6, 2025,
> $807.63 on or before June 6, 2025,
> $807.61 on or before July 6, 2025; and

(d) Counsel for GM Financial receives from Debtor proof of physical damage insurance coverage on the Vehicle, which conforms to Contract requirements and lists GM Financial as lienholder/loss payee, on or before February 6, 2025, and Debtor maintains such insurance coverage on the Vehicle at all times; and it is

FURTHER ORDERED, that in the event Debtor defaults in any payment required above or fails to fulfill any of the obligations under this Consent Order, GM Financial may file with the Court and provide Debtor and Debtor's counsel a written Notice of Default ("Notice") with demand for cure within ten (10) days of the date of the Notice, and if the default is not cured within such time, the automatic stay shall be terminated as to GM Financial, the Vehicle and the

proceeds thereof without the necessity of further notice, hearing, order or appearance; and it is

FURTHER ORDERED, that GM Financial's obligation to provide Debtor and Debtor's counsel with Notice under this Order shall terminate after the <u>first</u> event of default for which Notice is actually given, and upon the <u>second</u> event of default, the automatic stay shall be terminated as to GM Financial, the Vehicle and the proceeds thereof ten (10) days after GM Financial files with the Court and provides Debtor and Debtor's counsel a written Affidavit of Default and Notice of Termination of Automatic Stay; and it is

FURTHER ORDERED, that Debtor having waived the application of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure, this Order is enforceable on its date of entry.

Consented hereto:

| | |
|---|---|
| /s/ *Jeffrey M Sirody* <br> Jeffrey M. Sirody, Esquire <br> 1777 Reisterstown Road, Suite 360 E <br> Baltimore, MD 21208 <br> Attorney for Debtor | /s/Jacob Zweig <br> Jacob Zweig, Esquire <br> Evans Petree PC <br> 1715 Aaron Brenner Drive, Suite 800 <br> Memphis, TN 38120 <br> Attorney for GM Financial |

I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the __/s/__ on this copy reference the signatures of consenting parties on the original consent order.

/s/Jacob Zweig_____
Jacob Zweig, Esquire

 cc: Jacob Zweig
   Evans Petree PC
   1715 Aaron Brenner Drive, Suite 800
   Memphis, TN 38120

   Jeffrey M. Sirody
   Jeffrey M. Sirody and Associates, P.A.
   1777 Reisterstown Road, Suite 360 E
   Baltimore, MD 21208

Rebecca A. Herr
185 Admiral Cochrane Dr., Suite 240
Annapolis, MD 21401

Victoria A. Mattingly
312 Blue Water Ct., # 202
Glen Burnie, MD 21060

**End of Order**