# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### Baltimore Division

| | |
|---|---|
| IN RE:<br>VICTORIA A. MATTINGLY<br>    Debtor<br>_____<br>NEWREZ LLC D/BA SHELLPOINT<br>MORTGAGE SERVICING<br>    Movant<br>v.<br>VICTORIA A. MATTINGLY<br>    Debtor/Respondent<br>and<br>REBECCA A. HERR<br>    Trustee/Respondent | Case No. 24-13431-NVA<br><br>Chapter 13 |

## FIRST NOTICE OF NON-COMPLIANCE
## (RE: 312 BLUE WATER COURT, UNIT 202, GLEN BURNIE, MD 21060)

NOTICE IS HEREBY GIVEN by NewRez LLC d/b/a Shellpoint Mortgage Servicing (the "Movant") through the undersigned counsel, that Victoria A. Mattingly (the "Debtor") is in default and failed to comply with the terms of this Court's Order dated December 5, 2024. Movant hereby files this First Notice of Non-Compliance (the "First Notice"), and respectfully represents as follows:

1. An Agreed Order Modifying Stay was entered by the Court in this case on December 5, 2024 (ECF No. 31) (the "Agreed Order").

2. The Debtor is in default under the terms of the Agreed Order. The Debtor has failed to make the following payments required by the terms of the Agreed Order (the "Default"):

| | |
|---|---|
| December 1, 2024 Post-Petition Payment | $1,112.00 |
| December 15, 2024 Stipulation Payment | $1,505.50 |
| January 1, 2025 Post-Petition Payment | $1,112.00 |
| January 15, 2025 Stipulation Payment | $1,505.50 |
| February 1, 2025 Post-Petition Payment | $1,112.00 |
| February 15, 2025 Stipulation Payment | $1,505.50 |
| March 1, 2025 Post-Petition Payment | $1,112.00 |
| March 15, 2025 Stipulation Payment | $1,505.50 |

BWW#: MD-354729

| | |
|---|---|
| April 1, 2025 Post-Petition Payment | $1,112.00 |
| April 15, 2025 Stipulation Payment | $1,505.50 |
| May 1, 2025 Post-Petition Payment | $1,063.60 |
| May 15, 2025 Stipulation Payment | $1,505.50 |
| June 1, 2025 Post-Petition Payment | $1,063.60 |
| July 1, 2025 Post-Petition Payment | $1,063.60 |
| August 1, 2025 Post-Petition Payment | $1,063.60 |
| Suspense | ($0.00) |
| **Total:** | **$18,847.40** |

3. Pursuant to the terms of the Agreed Order, the Debtor must take one of the following actions within ten (10) days of the date of this First Notice (the "Cure Period"): i) cure the default by tendering $18,847.40 to the Movant in certified funds or cashier's check or ii) file an objection with the Court stating no default exists.

4. Any cure of the Default must include payment of all amounts set forth herein, as well as any payments which have subsequently become due under the terms of the Agreed Order and any amounts that are due at the time the Debtor cures the Default. Acceptance of partial payment by the Movant during the Cure Period shall not constitute a satisfaction or waiver of the First Notice. Any and all payments should be made payable to the Movant at the following address:

NewRez LLC d/b/a Shellpoint Mortgage Servicing  
P.O. Box 650840  
Dallas, TX 75265-0840

5. Pursuant to the terms of the Agreed Order, failure by the Debtor to take the appropriate action within the Cure Period will result in TERMINATION of the automatic stay.

Respectfully Submitted,

Dated: August 22, 2025

*/s/ Eric VandeLinde*  
Eric VandeLinde, Esq., Fed. Bar No. 21205  
BWW Law Group, LLC  
6003 Executive Blvd, Suite 101  
Rockville, MD 20852  
301-961-6555 (p), 301-961-6545 (f)  
bankruptcy@bww-law.com  
*Counsel for the Movant*

**CERTIFICATE OF SERVICE**

 I hereby certify that on this 22nd day of August, 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing First Notice of Non-Compliance will be served electronically by the Court's CM/ECF system on the following:

Rebecca A. Herr, Trustee

Jeffrey M. Sirody, Esq.

 I hereby further certify that on this 22nd day of August, 2025, a copy of the foregoing First Notice of Non-Compliance was also mailed first class mail, postage prepaid, to:

Victoria A. Mattingly
312 Blue Water Court
Unit 202
Glen Burnie, MD 21060

               */s/ Eric VandeLinde*
               Eric VandeLinde, Esq.