Entered: September 22nd, 2025
Signed: September 19th, 2025

**SO ORDERED**



Nancy V. Alquist
**NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE**

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| IN RE:<br>VICTORIA A. MATTINGLY<br>　　Debtor<br>_____<br>NEWREZ LLC D/B/A SHELLPOINT<br>MORTGAGE SERVICING<br>　　Movant<br>v.<br>VICTORIA A. MATTINGLY<br>　　Debtor/Respondent<br>and<br>REBECCA A. HERR<br>　　Trustee/Respondent | Case No. 24-13431-NVA<br><br>Chapter 13 |

## ORDER GRANTING RELIEF FROM STAY

Upon default of the Victoria A. Mattingly (the "Debtor") incident to the Court's Order of December 5, 2024 (ECF No. 31) (the "Agreed Order"), and in accordance with the First Notice of Non-Compliance filed August 22, 2025 (ECF No. 44) (the "First Notice"), with Counsel for the Movant having filed a Certificate of Default on September 12, 2025, and the Court finding grounds to terminate the stay, it is,

**ORDERED** that the Automatic Stay imposed by 11 U.S.C. § 362 was terminated upon the failure of the Debtor to cure the default listed in the First Notice. The Movant is permitted to enforce the lien of its Deed of Trust as it pertains to the real property located at 312 Blue Water Court, Unit 202, Glen Burnie, MD 21060 (the "Property") including beginning or resuming foreclosure proceedings and such relief shall extend to the successful purchaser at a sale to allow

BWW# MD-354729

said purchaser to take such action under state law, as may be necessary, to obtain possession of the Property.

**IT IS FURTHER ORDERED** that the Automatic Stay of 11 U.S.C. § 362 shall not be reimposed by conversion of this case to a case under another Chapter of the United States Bankruptcy Code.

**IT IS FURTHER ORDERED** that the Chapter 13 Trustee is relieved from making payments or disbursements on the arrears claim, if any, of the Movant.

cc:

BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD 20852

Rebecca A. Herr, Trustee
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD 21401

Jeffrey M. Sirody, Esq.
1777 Reisterstown Road
Suite 360 E
Baltimore, MD 21208

Victoria A. Mattingly
312 Blue Water Court
Unit 202
Glen Burnie, MD 21060

**END OF ORDER**

BWW# MD-354729